UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAVID A. HAGAL AND LISA M. SHULMAN<br><br>　　　　　Defendants. | Civil Action No.: 2:24-cv-07917<br><br><br>**ORDER** |

The above-entitled cause having come before the Court upon the Motion of Plaintiff, The Prudential Insurance Company of America ("Prudential"), for an Order: (1) entering default judgment against David A. Hagal ("Hagal"); (2) directing Prudential to deposit the disputed death benefit in the amount of $25,000 ("Disputed Death Benefit") due as a consequence of the death of George Joseph Hagal, III ("Insured") under a group life insurance policy bearing Policy No. 72726586 ("Policy") issued by Prudential into the Court's registry; and (3) granting interpleader relief to Prudential, including discharging Prudential from any and all liability with regard to the Disputed Death Benefit and Policy, enjoining Defendants from bringing any action arising out of or in connection with Prudential relating to the Policy and/or the Disputed Death Benefit, and dismissing Prudential from this action with prejudice; and the Court having considered the application:

**NOW THEREFORE,** it is on this 5th day of November, 2024;

　　　　**ORDERED** as follows:

　　　　1.　　Prudential's motion for default judgment against Defendant, David A. Hagal is hereby **GRANTED.**

2. Prudential's motion to deposit the Disputed Death Benefit with the Court into the Court Registry Investment System Disputed Ownership Fund ("DOF") is hereby **GRANTED.**

3. Prudential's motion for Interpleader Relief is hereby **GRANTED**.

4. Within thirty (30) days of the date of this Order, Prudential shall deposit with the Clerk of this Court the Disputed Death Benefit; to wit: $25,000, together with accrued claim interest, if any.

5. Upon receipt of the Disputed Death Benefit, the Clerk of the Court shall deposit the Disputed Death Benefit into the Registry of this Court and then, as soon as the business of his or her office allows, the Clerk of Court shall deposit these funds into the interest-bearing DOF established within the CRIS and administered by the Administrative Office of the United States Courts, as Custodian, which shall be responsible for meeting all DOF tax administration requirements, pursuant to L.Civ.R. 67.1(a)(2);

6. The sum of money so invested in the interest-bearing DOF shall remain on deposit until further order of this Court at which time the funds, together with interest thereon, shall be retrieved by the Clerk of Court and redeposited into the non-interest-bearing Registry of the Court for disbursement pursuant to further order of the Court.

7. The Custodian shall deduct the DOF fee of an annualized 20 basis points on assets on deposit in the DOF for management of investments and tax administration. The Custodian shall withhold and pay federal taxes due on behalf of the DOF.

8. A certified copy of this Order shall be served upon the Clerk of Court, Chief Deputy of Administration, Chief Deputy of Operations or Finance Manager.

9. Upon depositing the Disputed Death Benefit with the Court, Prudential and its present and former parents, subsidiaries and affiliated corporations, predecessors, successors and

assigns and their respective officers, directors, agents, employees, representatives, attorneys, fiduciaries and administrators, shall be, and hereby are, released and discharged from any and all liability to David A. Hagal and Lisa M. Shulman relating to the Policy and the Disputed Death Benefit due under the Policy and as a consequence of the Insured's death.

10. David A. Hagal and Lisa M. Shulman are permanently enjoined from bringing any action or proceeding in any forum, or making any further actual or implied claims, demands and causes of action, asserted or unasserted, liquidated or unliquidated, or bringing any action or proceeding in any forum against Prudential arising out of, in connection with or relating to the Policy and the Disputed Death Benefit.

11. All claims against Prudential are hereby dismissed with prejudice and Prudential is hereby dismissed with prejudice from this litigation.

                                                                             s/ *Susan D. Wigenton*
                                                                             Susan D. Wigenton
                                                                             United States District Judge